UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.

GUSTAVO ARAUJO,

        Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT INC.,

        Defendants.
_____/

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BASED ON FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. §§ 1331 AND 1441**

Defendant MIDLAND CREDIT MANAGEMENT INC. ("MCM") hereby files this Notice of Removal, pursuant to 28 U.S.C. §§ 1331 and 1441, and removes to the United States District Court for the Southern District of Florida, the cause of action currently pending in the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, styled *Gustavo Araujo v. Midland Credit Management, Inc.*, Case No. COCE-20-027709, on the following grounds:

    1.    This Notice of Removal is founded and based upon a federal question pursuant to 28 U.S.C. §§ 1331 and 1441. Plaintiff, Gustavo Araujo ("Plaintiff"), originally filed this civil action on or about October 12, 2020, in the County Court in and for Broward County, Florida, and served the action on Defendant on October 20, 2020. Plaintiff is seeking monetary damages from the Defendant. As required by 28 U.S.C. § 1446(a), a copy of the process, pleadings, orders and other documents presently contained in the state court file and available for copying are attached to this Notice.

A. **CONSENT TO REMOVAL**

2. Defendant Midland Credit Management, Inc. is the only defendant.

B. **TIMELINESS OF REMOVAL**

3. Defendants were served on October 20, 2020. Accordingly, this Notice of Removal is timely filed within thirty (30) days of the date of service pursuant to 28 U.S.C. § 1446(b).

C. **THE VENUE REQUIREMENT IS MET**

4. Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state-court action is pending.

D. **FEDERAL QUESTION AT ISSUE**

5. Plaintiff alleges purported claims under the Fair Debt Collection Act, 15 U.S.C. § 1692e. Plaintiff's Complaint is removable to the United States District Court for the Southern District of Florida because the Complaint presents a federal question. Specifically, 28 U.S.C. § 1331 provides that "district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331. Plaintiff's claims provide the basis for this Court's jurisdiction as she has brought suit under the laws of the United States. Accordingly, Midland Funding is entitled to remove this action in accordance with 28 U.S.C. § 1441(a).

E. **NOTICE TO PARTIES AND TO THE CIRCUIT COURT**

6. Written notice of the filing of this Notice of Removal is being served on Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County, Florida, in compliance with 28 U.S.C. 1446(d).

WHEREFORE, Defendant Midland Credit Management, Inc. requests that the above-styled action now pending against them in Broward County Court, Florida, be removed to this Court.

Dated: November 19, 2020

Respectfully Submitted,

HOLLAND & KNIGHT LLP
*Attorneys for Defendant Midland Credit Management, Inc.*
701 Brickell Ave., Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

By:   s/ Cory Eichhorn
         Cory Eichhorn
         Florida Bar No. 576761
         Cory.Eichhorn@hklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    s/Cory Eichhorn
Cory Eichhorn
Florida Bar No. 576761
*Attorney for Defendant Midland Funding LLC*
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
Cory.Eichhorn@hklaw.com

## **SERVICE LIST**

Jibrael Hindi, Esq.
E-mail: jibrael@jibraellaw.com
Thomas J. Patti, Esq.
E-mail: tom@jibraellaw.com
The LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 855-529-9540
*Attorneys for Plaintiff*