UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62369-CIV-RS

GUSTAVO ARAUJO,

     Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC.,

     Defendant.

_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF PENDING SETTLEMENT

This matter is before the Court on the Notice of Pending Settlement [DE 5] filed by Plaintiff, Gustavo Araujo.  It is

**ORDERED** that:

1) The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 no later than **January 4, 2021**.

2) All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3) This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 1st day of December 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record