**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-62369-CIV-SMITH**

GUSTAVO ARAUJO,

    Plaintiff,
vs.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.
_____/

**ORDER OF FINAL DISMISSAL WITH PREJUDICE**

This matter is before the Court on the Joint Stipulation of Voluntary Dismissal with Prejudice [DE 7]. Accordingly, it is

**ORDERED** that:

1. This matter is **DISMISSED WITH PREJUDICE**.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. The parties shall bear their own attorneys' fees and costs.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of December 2020.

                                                                                     RODNEY SMITH
                                                                                     UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record